IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

    TOMMAS MILLER
    ALICIA MILLER
    Debtors.

: Bk. Case No: 16-11021 (BLS)
:
:
: Chapter 13

## ORDER

AND NOW, this 22nd day of Sept, 2016 the foregoing Motion having been presented and heard, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

2. Debtor(s) shall have thirty (30) days from the date of this Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

3. Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.

_____
UNITED STATES BANKRUPTCY JUDGE

September 21, 2016
MICHAEL B. JOSEPH, ESQUIRE
Motion To Allow Plan Disribution "Exhibit A"

```
TOMMAS MILLER                         CASE NO. 16-11021BLS
ALICIA MILLER
108 S. DELAWARE STREET
SMYRNA, DE   19977                    % PLAN : 0.61
                                      PLAN TERM: 60    RECEIPT AMOUNT:          398.00
                                        RECEIPTS PAID IN TO DATE    :         1135.39
ATTY: VIVIAN A. HOUGHTON, ESQUIRE       DISBURSEMENTS TO DATE        :           51.25
      800 N. WEST STREET   2ND FLOOR    CURRENT BALANCE              :         1084.14
      WILMINGTON, DE 19801-1526
```

| CLAIM NO. | CREDITOR NAME | CLAIM TYPE | SCHEDULED DEBT | ADJUSTED CLAIM AMOUNT | TOTAL PAID | CURRENTLY DUE |
|---|---|---|---|---|---|---|
| 001 | VIVIAN A. HOUGHTON, ESQUIRE | ATTORNEY FEES | 4000.00 | 4000.00 | 0.00 | 4000.00 |
| 002 | QUANTUM3 GROUP | UNSECURED | 0.00 | 2.76* | 0.00 | 2.76 |
| 003 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | 52.91* | 0.00 | 52.91 |
| 004 | MARINER FINANCE, LLC | SECURED VEHICLE | 11157.00 | 12246.00 | 0.00 | 12246.00 |
| 005 | QUANTUM3 GROUP | UNSECURED | 1000.00 | 5.18* | 0.00 | 5.18 |
| 006 | QUANTUM3 GROUP | UNSECURED | 0.00 | 7.89* | 0.00 | 7.89 |
| 007 | DELAWARE DIVISION OF REVENUE | PRIORITY | 0.00 | 341.00 | 0.00 | 341.00 |
| 008 | QUANTUM3 GROUP | UNSECURED | 939.00 | 5.73* | 0.00 | 5.73 |
| 009 | UNITED CONSUMER FINANCIAL SER. | UNSECURED | 2800.00 | 16.82* | 0.00 | 16.82 |
| 010 | NEW PENN FINANCIAL | PREPETITION MORTGAGE ARREARS | 144567.00 | 5496.08 | 0.00 | 5496.08 |
| 011 | MIDLAND FUNDING, LLC | UNSECURED | 1031.00 | 6.29* | 0.00 | 6.29 |
| 012 | PORTFOLIO RECOVERY ASSOC. | UNSECURED | 700.00 | 4.26* | 0.00 | 4.26 |
| 100 | AARGON COLLECTION AGENCY | NOT FILED UNSECURED | 4120.00 | 0.00 | 0.00 | 0.00 |
| 101 | BAYHEALTH | NOT FILED UNSECURED | 12000.00 | 0.00 | 0.00 | 0.00 |
| 102 | DEL ONE | NOT FILED UNSECURED | 10000.00 | 0.00 | 0.00 | 0.00 |
| 103 | DIVERSIFIED CONSULTANTS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | LAW OFFICE OF ROBERT GETMEID | NOT FILED UNSECURED | 25000.00 | 0.00 | 0.00 | 0.00 |
| 105 | PEP BOYS | NOT FILED UNSECURED | 1000.00 | 0.00 | 0.00 | 0.00 |
| 106 | SECOUND ROUND, LP | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 107 | SYNCB | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 108 | WALMART | NOT FILED UNSECURED | 2500.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | | 220814.00 | 22184.92 | 0.00 | 22184.92 |

* Marked Claims have been adjusted according to payment status or percent plan.